W. B. THAYER v. EMERSON–BRANTINGHAM IMPLEMENT CO. (Circuit Court of Appeals, Eighth Circuit. May 9, 1923.) No. 6277. In Error to the District Court of the United States for the Western District of Missouri. O. O. Mosman, Clay C. Rogers, and Paul A. Buzard, all of Kansas City, Mo., for plaintiff in error. A. N. Gossett, Edgar C. Ellis, Roy K. Dietrich, and Frank E. Tyler, all of Kansas City, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of defendant in error.

---

UTAH RAPID TRANSIT CO. v. Laura SAUNDERS. (Circuit Court of Appeals, Eighth Circuit. September 4, 1923.) No. 6170. In Error to the District Court of the United States for the District of Utah. J. H. De Vine, J. A. Howell, David L. Stine, and R. C. Gwilliam, all of Ogden, Utah, for plaintiff in error. George Halverson, of Los Angeles, Cal., and A. E. Pratt, of Ogden, Utah, for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, per stipulation.

---

Chris WAGNER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. September 5, 1923.) No. 6456. In Error to the District Court of the United States for the District of Utah. Samuel A. King and Russell G. Schulder, both of Salt Lake City, Utah, for plaintiff in error. Charmes M. Morris, U. S. Atty., of Salt Lake City, Utah.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of counsel for defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi).

---

H. N. WALLIS et al. v. George H. MILLS. (Circuit Court of Appeals, Eighth Circuit. May 7, 1923.) No. 6206. Appeal from the District Court of the United States for the District of Kansas. Lewis A. Hasty, Robert R. Hasty, and Floyd N. Cossman, all of Wichita, Kan., for appellants. R. L. Holmes, C. G. Yankey, W. E. Holmes, and D. W. Eaton, all of Wichita, Kan., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellants.